B1 (Official Form I) (12/11)

UNITED STATES BANKRUPTCY COURT

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): <br> JOHNSON, ARTHEA, REGINA | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all): <br> 6603 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> 3517 212th PLACE, MATTESON, ILLINOIS <br> ZIP CODE 60443 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> COOK | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

| Type of Debtor <br> (Form of Organization) <br> (Check one box.) | Nature of Business <br> (Check one box.) | Chapter of Bankruptcy Code Under Which <br> the Petition is Filed (Check one box.) | |
|---|---|---|---|
| ☒ Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.* <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Other | ☒ Chapter 7 <br> ☐ Chapter 9 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity <br> (Check box, if applicable.) | Nature of Debts <br> (Check one box.) | |
|---|---|---|---|
| Country of debtor's center of main interests: <br><br> Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☒ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).* <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED
FEB 2 0 2013
KENNETH S. GARDNER, CLERK
US REP - CV
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | JOHNSON, ARTHEA, REGINA |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)       (Date)</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (12/11)**

| Voluntary Petition | |
|---|---|
| *(This page must be completed and filed in every case.)* | JOHNSON, ARTHEA,REGINA |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

404-754-8651
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re Johnson, Arthea, Regina
_____ Debtor

Case No. _____

Chapter ___7___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0 | | |
| B - Personal Property | Yes | 3 | $ 100.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | $ 285,082.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 45 | | $ 185,878.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1238.83 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 1525.00 |
| TOTAL | | 64 | $ 100.00 | $ 470,960.34 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

<u>Northern</u>   District Of <u>Illinois</u>

In re Johnson, Arthea, Regina
Debtor

Case No. _____

Chapter ___7___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 285,082.06 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 285,082.06 |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 1238.85 |
| Average Expenses (from Schedule J, Line 18) | $ 1525.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 645.83 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 185,878.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 185,878.28 |

B6A (Official Form 6A) (12/07)

In re _Johnson Arthea Regina_
_____
Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ▶

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _Johnson, Arthea, Regina_____    Case No. _____
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | School Books | | 75.00 |
| 6. Wearing apparel. | | Blue jeans, tops, Toilettes | | 25.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re JOHNSON, ARTHEA, REGINA _____,    Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re _____JOHNSON, ARTHEA, REGINA_____,    Case No. _____
              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____continuation sheets attached    Total▶    $ 100.00

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/10)

In re ____JOHNSON,ARTHEA,REGINA____,    Case No. _____
          **Debtor**                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| SCHOOL BOOKS, BLUE JEANS, TOPS, TOILETTES | CCP 703.140(b)(5) ; CCP 703.140 (b)(3) | $100.00 | $100.00 |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _____JOHNSON, ARTHEA, REGINA_____,        Case No. _____
Debtor                                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  JOHNSON, ARTHEA, REGINA ,                    Case No._____
              **Debtor**                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/10) – Cont.

In re _____ JOHNSON, ARTHEA, REGINA _____ ,          Case No._____
**Debtor**                                                      **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_3_   continuation sheets attached

**B6E (Official Form 6E) (04/10) – Cont.**

In re _____JOHNSON, ARTHEA REGINA_____,        Case No. _____
               **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ████6603<br><br>INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-0030 | | | 12-31-2007/ TAX | | | | 11,411.71 | | |
| Account No. ████6603<br><br>INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-0030 | | | 12-31-2008/ TAX | | | | 12,464.68 | | |
| Account No. ████6603<br><br>INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-0030 | | | 12-31-2009/ TAX | | | | 1757.12 | | |
| Account No. ████6603<br><br>INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-0030 | | | 12-31-2010/ TAX | | | | 610.00 | | |

Sheet no. _2_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)   $ 26243.51   $

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (04/10) – Cont.

In re JOHNSON, ARTHEA REGINA , Case No. _____

Debtor (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ████06603 <br><br> INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-0030 | | | 11/2007 TAX | | | | 1072.00 | | |
| Account No. ████6603 <br><br> INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-0030 | | | 5/2007 TAX | | | | 15245.00 | | |
| Account No. ████6603 <br><br> INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-0030 | | | 7/2004 TAX | | | | 6123.00 | | |
| Account No. <br><br> | | | | | | | | | |

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | Subtotals▶ (Totals of this page) | $ 22440.00 | $ | |
| | | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/10) – Cont.

In re JOHNSON, ARTHEA REGINA _____,    Case No. _____
                    Debtor                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ████6603<br><br>INTERNAL REVENUE SERVICE, STOP 81<br>P.O. BOX 12866<br>FRESNO, CA. 93779-0030 | | | 12-31-1997/ TAX | | | | 7393.62 | | |
| Account No. ████6603<br><br>INTERNAL REVENUE SERVICE, STOP 81<br>P.O. BOX 12866<br>FRESNO, CA 93779-0030 | | | 12-31-2000/TAX | | | | 416.86 | | |
| Account No. ████6603<br><br>INTERNAL REVENUE SERVICE, STOP 81<br>P.O.BOX 12866<br>FRESNO, CA 93779-0030 | | | 12-31-2001/TAX | | | | 1260.13 | | |
| Account No. ████6603<br><br>INTERNAL REVENUE SERVICE, STOP 81<br>P.O. BOX 12866<br>FRESNO, CA 93779-0030 | | | 12-31-2002/TAX | | | | 2029.33 | | |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 110994.00    $

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

**B6E (Official Form 6E) (04/10) – Cont.**

In re JOHNSON, ARTHEA REGINA _____,   Case No. _____
Debtor                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ▮▮▮▮6603 INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-0030 | | | 12-31-2003/TAX | | | | 1789.93 | | |
| Account No. ▮▮▮▮6603 INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-0030 | | | 12-31-2004/TAX | | | | 1846.40 | | |
| Account No. ▮▮▮▮6603 INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-003 | | | 12-31-2005/TAX | | | | 1177.97 | | |
| Account No. ▮▮▮▮6603 INTERNAL REVENUE SERVICE, STOP 81 P.O. BOX 12866 FRESNO, CA 93779-003 | | | 12-31-2006/TAX | | | | 816.63 | | |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)   $ 5630.93   $

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B6E (Official Form 6E) (04/10) – Cont.

In re  JOHNSON, ARTHEA REGINA                          ,        Case No. _____
                        **Debtor**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ████6603 <br><br> INTERNAL REVENUE SERVICE, STOP 81 <br> P.O. BOX 12866 <br> FRESNO, CA. 93779-0030 | | | 12-31-1997/ TAX | | | | 7393.62 | | |
| Account No. ████6603 <br><br> INTERNAL REVENUE SERVICE, STOP 81 <br> P.O. BOX 12866 <br> FRESNO, CA 93779-0030 | | | 12-31-2000/TAX | | | | 15,377.84 | | |
| Account No. ████6603 <br><br> INTERNAL REVENUE SERVICE, STOP 81 <br> P.O.BOX 12866 <br> FRESNO, CA 93779-0030 | | | 12-31-2001/TAX | | | | 24,275.60 | | |
| Account No. ████6603 <br><br> INTERNAL REVENUE SERVICE, STOP 81 <br> P.O. BOX 12866 <br> FRESNO, CA 93779-0030 | | | 12-31-2002/TAX | | | | 8656.66 | | |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Subtotals➤ <br> (Totals of this page) | | | $ 55703.72 | $ | |
| | | | | Total➤ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | $ | | |
| | | | | Totals➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ |

**B6E (Official Form 6E) (04/10) – Cont.**

In re JOHNSON, ARTHEA REGINA _____,    Case No. _____
           **Debtor**                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ▬▬6603 <br> INTERNAL REVENUE SERVICE, STOP 81 <br> P.O. BOX 12866 <br> FRESNO, CA 93779-0030 | | | 12-31-2003/TAX | | | | 13868.93 | | |
| Account No. ▬▬6603 <br> INTERNAL REVENUE SERVICE, STOP 81 <br> P.O. BOX 12866 <br> FRESNO, CA 93779-0030 | | | 12-31-2004/TAX | | | | 24207.04 | | |
| Account No. ▬▬6603 <br> INTERNAL REVENUE SERVICE, STOP 81 <br> P.O. BOX 12866 <br> FRESNO, CA 93779-003 | | | 12-31-2005/TAX | | | | 15225.26 | | |
| Account No. ▬▬6603 <br> INTERNAL REVENUE SERVICE, STOP 81 <br> P.O. BOX 12866 <br> FRESNO, CA 93779-003 | | | 12-31-2006/TAX | | | | 10768.67 | | |

Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ $ 64069.90    $

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 285,082.06

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

**B6F (Official Form 6F) (12/07)**

In re _____JOHNSON,ARTHEA REGINA_____,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 54165▮▮▮▮▮▮▮▮▮▮▮<br><br>CHASE CARD SERVICES<br>PO BOX 15298<br>WILMINGTON, DE-19850 | | | DATE: 03/01/2008 | | | | 4002.00 |
| ACCOUNT NO. 4663▮▮▮▮▮▮▮▮▮▮▮<br><br>CAPITAL ONE<br>PO BOX 5253<br>CAROL STREAM, ILLINOIS 60197-5253 | | | DATTE: 08/01/2007 | | | | 2000.00 |
| ACCOUNT NO. 2044▮▮▮▮▮▮▮▮▮▮<br><br>ANDERSON FIN NETWORK/BLOOM<br>404 BROCK DR<br>PO BOX 3097<br>BLOOMINGTON, IL 61702-3097 | | | DATE: 12/01/2012 | | | | 820.00 |
| ACCOUNT NO. MARSHALLS-5046▮▮▮▮▮<br><br>MARSHALLLS<br>PO BOX 30046<br>TAMPA, FL  33630-3046 | | | DATE: 12/01/2007 | | | | 85.00 |

Subtotal▶  $ 6907.00

_____continuation sheets attached

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ JOHNSON, ARTHEA, REGINA _____ ,        Case No. _____
                        **Debtor**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████0714<br><br>STASSINOS LAW OFFICES<br>1500 Standiford Avenue<br>Modesto, CA 95350 | | | DATE: 07-1999; ORIGINAL CREDITOR: TRADER JOES | | | | 206.00 |
| ACCOUNT NO. ████4284<br><br>CREDIT PROTECTIONS ASSOC.<br>13355 Noel Rd Ste 2100,<br>Dallas, TX 75240 | | | DATE: 11-2001; ORIGINAL CREDITOR: HOLLYWOOD VIDEO | | | | 107.00 |
| ACCOUNT NO. ████0157<br><br>SOUTHWEST COLLECTION SERVICE<br>1111 East Katella Avenue<br>Orange, CA 92867 | | | DATE: 09-28-2001; ORIGINAL CREDITOR: LLURMGI | | | | 216.00 |
| ACCOUNT NO. ████4784<br><br>UNITED COMPUCRED<br>P O BOX 111100.<br>CINCINNATI,OH 45211-1100 | | | DATE: 04-2000; ORIGINAL CREDITOR: STEIN MART, BLOCK BUSTER VIDEO | | | | 694.00 |
| ACCOUNT NO. ████0798<br><br>CREDIT MANAGEMENT INC.<br>4200 INTERNATIONAL PKWY<br>CARROLLTON, TX 75007-1912 | | | DATE: 1-15-2001; ORIGINAL CREDITOR: CHARTER COMMUNICATIONS OF SAN BERNARDINO | | | | 196.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1416.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON, ARTHEA, REGINA_____,          Case No. _____

Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████0186<br>MONEY CONTROL<br>7891 Mission Grove Pkwy S<br>Riverside, CA 92508-6004 | | | DATE: 11-18-1998; ORIGINAL CREDITOR: L.L.U.M.C. | | | | 104.00 |
| ACCOUNT NO. ████0354<br>MADIGANS<br>THREE FIRST NATIONAL PLAZA<br>70 W. MADISON ST., SUITE 2725<br>CHICAGO, ILLINOIS 60602 | | | DATE: 07-08-1998; attention to: MARTIN FAIER | | | | 200.00 |
| ACCOUNT NO. ████ 2244<br>ASSET ACCEPTANCE LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036 | | | DATE: 01-07-2004; ORIGINAL CREDITOR: FIRST CONSUMERS NATIONAL BANK | | | | 1017.00 |
| ACCOUNT NO. ████5420<br>UNITED CREDIT NATIONAL<br>United Credit National Bank<br>2200 E Benson Road<br>Sioux Falls, SD57104-7023 | | | DATE: 01-2000 | | | | 609.00 |
| ACCOUNT NO. ████1216<br>AMERICAN CREDIT EDUCATION<br>Internal Revenue Service<br>P.O. Box 7704<br>San Francisco, CA 94120-7704 | | | DATE: 6-1999; | | | | 300.00 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $ 2230.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    JOHNSON, ARTHEA, REGINA    ,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ●●●7170<br><br>DRIVE FINANCIAL<br>PO BOX 562088<br>DALLAS, TX 75247 | | | Date: 12-2002 | | | | 11559.00 |
| ACCOUNT NO. ●●●●●●2006<br><br>STATE OF CALIFORNIA FRANCHISE TAX BOARD Vehicle Registration Collections PO Box 419001 Rancho Cordova ca 95741-9001 | | | DATE: 01-08-2006 | | | | 180.00 |
| ACCOUNT NO. ●●●●●6603<br><br>JM ASSOCIATES, L.L.C.<br>DBA: JM ASSOCIATES<br>6600 JURUPA AVENUE<br>RIVERSIDE, CA 92504 | | | DATE: 06-12-2006 | | | | 3788.00 |
| ACCOUNT NO. ●●●●●●2707<br><br>ARROWHEAD REGIONAL MEDICAL CENTER PATIEENT ACCTS DEPT 400 NORTH PEPPER AVE COLTON, CA 92324-1819 | | | DATE: 03-2012 | | | | 400.00 |
| ACCOUNT NO.●●●●●●●●4228<br><br>CUSTOMER RELATIONS NETPAYADVANCE.COM 940 N TYLER ROAD, STE: 208 WICHITA, KS 67212-3266 | | | DATE: 06/04/2012 | | | | 315.00 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 16242.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____JOHNSON, ARTHEA, REGINA_____,          Case No. _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▉▉▉4472 <br><br> MTSAC <br> 1100 NORTH GRAND AVENUE <br> WALNUT CALIFORNIA  91789-1399 | | | DATE: 9-23-2011 | | | | 300.00 |
| ACCOUNT NO. ▉▉▉9700 <br><br> FIRST FINANCIAL ASSET MGMT, INC. <br> P.O. BOX 56245 <br> ATLANTA, GA 30343 | | | DATE: 10-19-2010; ORIGINAL CREDITOR: ENTERPRISE RENT A CAR | | | | 914.66 |
| ACCOUNT NO. ▉▉▉9936 <br><br> LINEBARGER GOGGAN BAGGAN BLAIR & SAMPSON, LLP <br> PO BOX 06140 <br> CHICAGO, ILLINOIS  60606-0140 | | | DATE: 02-28-2011; ORIGINAL CREDITOR: STATE OF ILLINOIS | | | | 24.51 |
| ACCOUNT NO. ▉▉▉6033 <br><br> San Bernardino County District Attorney's Check Enforcement Program <br> PO Box 5887 <br> San Bernardino, CA 92412 | | | Date: 03-28-2008 | | | | 2264.96 |
| ACCOUNT NO. ▉▉▉54-02 <br><br> Afni., Inc. <br> 1310 MLK Drive <br> Bloomington, Illinois  61702-3427 | | | Date: 03/02/2012; original Creditor: Verizon California, Inc. | | | | 900.00 |

Sheet no.____of____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 4404.13

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____JOHNSON,ARTHEA REGINA_____,    Case No. _____
                        **Debtor**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5416▇▇▇▇▇▇▇▇<br><br>CHASE CARD SERVICES<br>PO BOX 15298<br>WILMINGTON, DE-19850 | | | DATE: 03/01/2008 | | | | 4002.00 |
| ACCOUNT NO. 4663▇▇▇▇▇▇▇▇▇▇<br><br>CAPITAL ONE<br>PO BOX 5253<br>CAROL STREAM, ILLINOIS<br>60197-5253 | | | DATTE: 08/01/2007 | | | | 2000.00 |
| ACCOUNT NO.  20447▇▇▇▇▇▇<br><br>ANDERSON FIN NETWORK/BLOOM<br>404 BROCK DR<br>PO BOX 3097<br>BLOOMINGTON, IL 61702-3097 | | | DATE: 12/01/2012 | | | | 820.00 |
| ACCOUNT NO. MARSHALLS-5046▇▇▇<br><br>MARSHLLLS<br>PO BOX 30046<br>TAMPA, FL  33630-3046 | | | DATE: 12/01/2007 | | | | 85.00 |

Subtotal▶   $ 6907.00

_____continuation sheets attached

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ JOHNSON, ARTHEA REGINA _____ ,        Case No. _____
                  **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2038▓▓▓▓▓<br><br>ANDERSON FINANCIAL NETWORK/BLOOM 404 BROCK DRIVE BLOONINGTON, IL 61702-3097 | | | DATE: 11-01-2009 | | | | 155.00 |
| ACCOUNT NO.   5046▓▓▓▓▓<br><br>MARSHALLS PO BOX 30046 TAMPA FLORDIA 33630-3046 | | | DATE:  12/07/2007 | | | | 85.00 |
| ACCOUNT NO.   5062▓▓▓▓▓<br><br>MARSHALLS PO BOX 30046 TAMPA, FLORDIA  33630-3046 | | | DATE: 01/01/2008 | | | | 109.00 |
| ACCOUNT NO. D102▓▓▓▓▓<br><br>NORTHEAST LEGAL GROUP 17 SQUATRON BLVD NEW CITY NEW YORK  10956-5214 | | | DATE: 01/2008/CVS | | | | 330.00 |
| ACCOUNT NO. D102▓▓▓▓▓<br><br>NORTHEAST LEGAL GROUP 17 SQUATRON BLVD NEW CITY NEW YORK 10956-5214 | | | DATE: 01/2008/CVS | | | | 301.00 |

Sheet no.___of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 980.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON, ARTHEA REGINA_____,      Case No. _____

                Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6126▮▮▮▮ <br><br>CALIFORNIA BUSINESS BUREAU 1711 SOUTH MOUNTAIN AVENUE MONROVIA, CA 91016-4256 | | | DATE: 08/2012/ SAN ANTONIO COMMUNITY HOSPITAL | | | | 370.00 |
| ACCOUNT NO. 8441▮▮▮▮ <br><br>BAY AREA CREDIT SERVICE 1901 WEST 10TH STREET ANTIOCH, CA 94509-1380 | | | DATE: 07/2012/ AMERICAN MEDICAL RESPONSE | | | | 2200.00 |
| ACCOUNT NO. 4196▮▮▮▮ <br><br>CREDIT MANAGMENT 17070 DALLAS PKWY DALLAS, TX 75248-1950 | | | DATE: 02/2010/ CHARTER COMMUNICATIONS | | | | 573.00 |
| ACCOUNT NO. 771▮▮▮▮ <br><br>FINANCIAL CREDIT NETWORK PO BOX 3084 VISALIA, CA 93278-3084 | | | DATE: 08/2009/ SOUTHERN CALIFORNIA GAS | | | | 110.00 |
| ACCOUNT NO. 1101▮▮▮▮▮▮ <br><br>ROI SERVICES, INC 10713 SUNNY POINT DRIVE ZEBULON, NC 27597-6885 | | | DATE: 02/2008/ HENRYS FARMERS MARKET | | | | 72.00 |

Sheet no.____of____continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal▶ | $ 3325.00

                                             Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____JOHNSON, ARTHEA REGINA_____,          Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████6603 <br><br> BRANDNEW PAYDAY.COM <br> 2225 RICHMOND ST #3 <br> PHILADELPHIA PA 19125 | | | | | | | 400.00 |
| ACCOUNT NO. ████6603 <br><br> PAYDAY ADVANCE <br> 8269 FOOTHILL BLVD <br> RANCHO CUCAMONGA, CA 91730 | | | | | | | 400.00 |
| ACCOUNT NO. ████6603 <br><br> PAYDAYBUDDIES.COM <br> 1880 CENTURY PARK EAST, SUITE 200 <br> LOS ANGELES, CA 90048 | | | | | | | 400.00 |
| ACCOUNT NO. ████6603 <br><br> SPEEDY CASH <br> 4915 MORENO AVE <br> MONTCLAIR, CA 91763 | | | | | | | 400.00 |
| ACCOUNT NO. ████6603 <br><br> ACE EXPRESS <br> 1231 GREENWAY DRIVE, STE. 600 <br> IRVING, TX 75038 | | | | | | | 300.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1900.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___JOHNSON, ARTHEA REGINA___ ,          Case No. _____
              **Debtor**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    61263▇▇▇<br><br>CALIFORNIA BUSINESS BUREAU<br>1711 SOUTH MOUNTAIN AVENUE<br>MONROVIA, CA 91016-4256 | | | DATE: 08/2012/ SAN ANTONIO COMMUNITY HOSPITAL | | | | 370.00 |
| ACCOUNT NO.    8441▇▇▇<br><br>BAY AREA CREDIT SERVICE<br>1901 WEST 10TH STREET<br>ANTIOCH, CA 94509-1380 | | | DATE: 07/2012/ AMERICAN MEDICAL RESPONSE | | | | 2200.00 |
| ACCOUNT NO.    4196▇▇▇▇<br><br>CREDIT MANAGMENT<br>17070 DALLAS PKWY<br>DALLAS, TX 75248-1950 | | | DATE: 02/2010/ CHARTER COMMUNICATIONS | | | | 573.00 |
| ACCOUNT NO.    771▇▇▇<br><br>FINANCIAL CREDIT NETWORK<br>PO BOX 3084<br>VISALIA, CA 93278-3084 | | | DATE: 08/2009/ SOUTHERN CALIFORNIA GAS | | | | 110.00 |
| ACCOUNT NO.    1101▇▇▇▇▇<br><br>ROI SERVICES, INC<br>10713 SUNNY POINT DRIVE<br>ZEBULON, NC 27597-6885 | | | DATE: 02/2008/ HENRYS FARMERS MARKET | | | | 72.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3325.00

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07)**

In re _____JOHNSON, ARTHEA, REGINA_____,    Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▓▓▓▓0491 <br><br> SOUTHERN CALIFORNIA EDISON PO BOX 600 ROSEMEAD, CA 91771 | | | ELECTRICITY 4/2012; 5/2012; 6/2012 | | | | 450.00 |
| ACCOUNT NO. ▓▓▓▓▓▓0001 <br><br> CALIFORNIA BUSINESS PO BOX 5010 MONROVIA, CA 91017 | | | (SEE SAN ANTONIO HOSPITAL CLAIM LISTED BELOW) | | | | notice only |
| ACCOUNT NO. ▓▓▓▓2261 <br><br> SAN ANTONIO HOSPITAL | | | HOSPITAL (UNINSURED EMERGENCY MEDICAL TREATMENT) | | | | 370.40 |
| ACCOUNT NO. ▓▓▓▓6603 <br><br> EMPLOYMENT DEVELOPMENT DEPT PPO BOX 826880 SACRAMENTO, CA 94280 | | | | | | | 3786.51 |

Subtotal► $ 4606.91

__X__ continuation sheets attached

Total► $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON,ARTHEA,REGINA_____,   Case No. _____
              **Debtor**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▓▓▓▓▓6674  US BANK CORPORATION PO BOX 5220 CINCINNATI, OH 45201 | | | RTN: 121122676; SSN/ID: 353606603  DATE: 3/16/2010 | | | | 511.21 |
| ACCOUNT NO. ▓▓▓▓0867  BANK OF AMERICA CALIFORNIA PO BOX 1540 RANCHO CORDOVA, CA 95741 | | | RTN: 122000661; SSN/ID: 353606603  DATE: 05/09/2008 | | | | 1480.83 |
| ACCOUNT NO. ▓▓▓0354  CHAFFEY FEDERAL CREDIT UNION 1024 WEST FOOTHILL BLVD UPLAND, CA 91786 | | | RTN: 322280375; SSN/ID: 353606603  DATE: 03/11/2008 | | | | 257.89 |
| ACCOUNT NO. ▓▓▓▓2845  BANK OF AMERICA CALIFORNIA PO BOX 1540 RANCHO CORDOVA, CA 95741 | | | RTN: 122000661; SSN/ID: 353606603  DATE CLOSED:  5/18/2012 | | | | 1007.26 |
| ACCOUNT NO. ▓▓▓▓▓▓7668  WELLS FARGO BANK, N.A. 303 2ND STREET, 4TH FLOOR SAN FRANCISCO, CA  94107 | | | RTN: 121042882; SSN/ID: 353606603  DATE: 5/04/2010 | | | | 565.00 |

Sheet no. _2_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3822.19

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___JOHNSON,ARTHEA,REGINA___,        Case No. _____
                  **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▓▓6603<br><br>WILSHIRE STATE BANK<br>8045 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730 | | | | | | | 450.00 |
| ACCOUNT NO. ▓▓6603<br><br>UNION BANK, NA<br>PO BOX 2306<br>BREA, CA 92822 | | | | | | | 500.00 |
| ACCOUNT NO. ▓▓6603<br><br>JP MORGAN CHASE<br>8108 MILLIKEN AVENUE<br>RANCHO CUCAMONGA, CA 91730 | | | | | | | 1000.00 |
| ACCOUNT NO. ▓▓6603<br><br>WELLS FARGO BANK, N.A.<br>2200 JOHN GLENN<br>CONCORD, CA 94520 | | | | | | | 1200.00 |
| ACCOUNT NO. ▓▓6603<br><br>US BANK<br>8850 FOOTHILL BLVD<br>RANCHO CUCAMONGA, CA 91730 | | | | | | | 500.00 |

Sheet no. _3_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3650.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ JOHNSON,ARTHEA,REGINA _____,        Case No. _____
                        **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        ████6603 <br><br> MICROBILT <br> 1640 AIRPORT RD, STE 115 <br> KENNESAW, GA 30144 | | | SEE BELOW: ON BE HALF OF: <br><br> AMERICAN CONSUMER CREDIT LLC <br> DATE: 08/02/2012 | | | | 500.00 |
| ACCOUNT NO.        ████6603 <br><br> AMERICAN CONSUMER CREDIT LLC <br> 1640 AIRPORT RD, STE 115 <br> KENNESAW, GA  30144 | | | DATE: 08/02/2012 | | | | 500.00 |
| ACCOUNT NO.        ████6603 <br><br> DATAX LTD <br> 325 E WARM SPRINGS ROAD <br> LAS VEGAS, NV  89119 | | | SEE BELOW: ON BE HALF: <br><br> BLUE KING, INC <br><br> DATE: 07/12/2012 | | | | 2000.00 |
| ACCOUNT NO.        ████6603 <br><br> BLUE KING, INC <br> 46575 ROAD 417 <br> COARSEGOLD, CA  93614 | | | DATE: 07/12/2012 | | | | 1000.00 |
| ACCOUNT NO.        ████6603 <br><br> MICROBILT <br> 1640 AIRPORT RD, STE 115 <br> KENNESAW, GA  30144 | | | SEE CONTINUATION PAGE: ON BE HALF: <br><br> LENDERS INTERNATIONAL LIMITED <br> 07/23/2012 | | | | 500.00 |

Sheet no. _4_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 4500.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ____JOHNSON,ARTHEA,REGINA____,        Case No. _____
                    **Debtor**                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ████6603<br><br>LENDERS INTERNATIONAL LIMITED<br>1640 AIRPORT RD, STE 115<br>KENNESAW, GA 30144 | | | DATE: 07/23/2012 | | | | 500.00 |
| ACCOUNT NO.  ████6603<br><br>ALLY BANK<br>PO BOX 951<br>HORSHAM, PA  19044 | | | DATE: 08/15/2012 | | | | 1000.00 |
| ACCOUNT NO.  ████6603<br><br>MICROBILT<br>1640 AIRPORT RD, STE 105<br>KENNESAW, GA 30144 | | | SEE BELOW: ON BE HALF OF:<br><br>NORTHWAY BROKER LTD<br><br>DATE: 05/13/2012 | | | | 800.00 |
| ACCOUNT NO.  ████6603<br><br>NORTHWAY BROKER LTD<br>1640 AIRPORT RD, STE 115<br>KENNESAW, GA 30144 | | | DATE: 5/13/2012 | | | | 1000.00 |
| ACCOUNT NO.  2741████<br><br>COLLECTION DIVISION/SAN BERNARDINO COUNTY<br>157 WEST 5TH ST 2<br>SAN BERNARDINO, CA 92415 | | | DATE: 08/2008 | | | | 100.00 |

Sheet no. _5_ of ___ continuation sheets attached                Subtotal➤ | $ 3400.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                 Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re      JOHNSON,ARTHEA,REGINA          ,                    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3000██████ <br> SANTANDER CONSUMER USA <br> 8585 N STEMMONS FWY STE <br> DALLAS, TX 75247 | | | DATE OPEN 12/2002 | | | | 5325.00 |
| ACCOUNT NO. ██████ <br> RANDYS AUTO SALES <br> 10993 S CENTRAL AVE <br> ONTARIO, CA 91762 | | | DATE: 06/2003 | | | | 2511.00 |
| ACCOUNT NO. 8441█████ <br> AFNI, INC <br> PO BOX 3427 <br> BLOOMINGTON, IL 61702 | | | DATE: 06/2012 | | | | 900.00 |
| ACCOUNT NO. 8441████ <br> BAY AREA CREDIT SERVICE <br> 1901 W 10TH ST <br> ANTIOCH, CA 94509 | | | DATE: 08/2010; 08/2007 | | | | 2000.00 |
| ACCOUNT NO. 4186██████ <br> CALIFORNIA BUSINESS BU <br> 1711 S MOUNTAIN AVE <br> MONOVIA CA 91016 | | | DATE: 06/2012 | | | | 4000.00 |

Sheet no. _6_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 14736.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    JOHNSON, ARTHEA REGINA____,          Case No. _____
                    **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    6603<br><br>NETPAYADVANCE.COM<br>940 NORTH TYLER ROAD, STE 208<br>WICHITA, KS  67212 | | | | | | | 400.00 |
| ACCOUNT NO.    6603<br><br>AMERILOAN PAYDAY LOAN<br>3531 P STREEET, NW<br>MIAMI, OK  74355 | | | | | | | 400.00 |
| ACCOUNT NO.    6603<br><br>AAA PAYDAYCASH.COM<br>456 West Battlefield Road<br>Springfield, MO  65807 | | | | | | | 400.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1200.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ JOHNSON, ARTHEA REGINA _____ ,          Case No. _____
                    **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▮▮▮6603<br><br>Equifax Information Services LLC<br>P.O. Box 105167<br>Atlanta, GA 30348 | | | CREDIT REPORT SERVICES | | | | 30,000.00 |
| ACCOUNT NO. ▮▮▮6603<br><br>TRANSUNION<br>555 W. Adams Street<br>Chicago, IL 60661 | | | CREDIT REPORT SERVICES | | | | 20,000.00 |
| ACCOUNT NO. ▮▮▮6603<br><br>EXPERIAN<br>955 American Lane<br>Schaumburg, IL 60173 | | | CREDIT REPORT SERVICES | | | | 10,000.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 60,000.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____ JOHNSON, ARTHEA, REGINA _____,    Case No. _____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VOC███████7636 <br><br> CENTRAL COLLECTIONS <br> 172 WEST 3RD STREET, 1ST FLOOR <br> SAN BERNARDINO, CA 92415-0360 | | | DATE: 03-06-2012; ORIGINAL CREDITOR: ARROWHEAD REGIONAL MEDICAL CENTER | | | | 400.00 |
| ACCOUNT NO. ████9394 <br><br> LOMA LINDA UNIVERSITY GRP 3 <br> PO BOX 7150 <br> LOMA LINDA, CA 92354 | | | DATE: 03/08/2005 | | | | 50.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_____ continuation sheets attached

Subtotal ▶ $ 450.00

Total ▶ $ ~~450.00~~

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____JOHNSON, ARTHEA, REGINA_____,      Case No. _____
                        Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▬▬2494 <br><br> REVCARE, INC. | | | DATE: 11-2002; ORIGINAL CREDITOR: LOMA LINDA UNIVERSITY HEALTHCARE | | | | 215.00 |
| ACCOUNT NO. ▬▬0530 <br><br> CMRE FINANCIAL SVCS | | | DATE: 3-13-2004; ORIGINAL CREDITOR: MT. VIEW ER PHYSICIANS | | | | 398.00 |
| ACCOUNT NO. ▬▬0286 <br><br> GOLDEN STATE CREDIT SRVS | | | DATE: 3-05-04; ORIGINAL CREDITOR: RENAISSANCE RADIOLOGY | | | | 118.00 |
| ACCOUNT NO. ▬▬4359 <br><br> CRB | | | DATE: 2-26-04; ORIGINAL CREDITOR: TELECASH | | | | 124.00 |

Subtotal► $ 855.00

_____continuation sheets attached

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ JOHNSON, ARTHEA, REGINA _____,          Case No. _____
                        **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        0162<br>CENTRAL FINANCIAL CONTROL | | | DATE: 2-16-04; ORIGINAL CREDITOR: UNITED WESTERN MEDICAL CENTER | | | | 100.00 |
| ACCOUNT NO.        0188<br>DIVERSIFIED SERVICES | | | DATE: 1-08-04; ORIGINAL CREDITOR: MONTCLAIR PLAZA DENTAL GROUP | | | | 1,856.00 |
| ACCOUNT NO.        0600<br>COLLECTION CONSULTANTS | | | DATE: 9-30-03; ORIGINAL CREDITOR: KAISER FOUNDATION HEALTH PLAN | | | | 200.00 |
| ACCOUNT NO.        1546<br>ANDERSON FINANCIAL NETWORK | | | DATE: 2-2003: ORIGINAL CREDITOR: SPRINT | | | | 61.00 |
| ACCOUNT NO.        0057<br>CALIFORNIA BUSINESS  BUREAU | | | DATE: 4-26-2003; ORIGINALCREDITOR: SAN ANTONIO COMMUNITY HOSPITAL | | | | 368.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► | $ 2585.00

Total► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON,ARTHEA,REGINA_____,          Case No. _____
                         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████6603 <br><br> WILSHIRE STATE BANK <br> 8045 ARCHIBALD AVENUE <br> RANCHO CUCAMONGA, CA 91730 | | | | | | | 1000.00 |
| ACCOUNT NO. ████6603 <br><br> UNION BANK, NA <br> PO BOX 2306 <br> BREA, CA 92822 | | | | | | | 1000.00 |
| ACCOUNT NO. ████6603 <br><br> JP MORGAN CHASE <br> 8108 MILLIKEN AVENUE <br> RANCHO CUCAMONGA, CA 91730 | | | | | | | 400.00 |
| ACCOUNT NO. ████6603 <br><br> WELLS FARGO BANK, N.A. <br> 2200 JOHN GLENN <br> CONCORD, CA 94520 | | | | | | | 1000.00 |
| ACCOUNT NO. ████6603 <br><br> US BANK <br> 8850 FOOTHILL BLVD <br> RANCHO CUCAMONGA, CA 91730 | | | | | | | 2000.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $ 5400.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON,ARTHEA,REGINA_____,    Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ███6311 <br><br> WESTERN DENTAL <br> PO BOX 14228 <br> ORANGE, CA   92863 | | | | | | | 378.88 |
| ACCOUNT NO. ███8539 <br><br> COUNTY OF SAN BERNARDINO <br> 157 WEST FIFTH STREET, 3RD FLOOR <br> SAN BERNARDINO, CA  92415 | | | | | | | 33.00 |
| ACCOUNT NO. ██5284 <br><br> ENTERPRISE RENT-A-CAR <br> PO BOX 842442 <br> DALLAS, TX  75284 | | | | | | | 914.66 |
| ACCOUNT NO. ████ ████ 7915 <br><br> CHASE CARDHOLDER SERVICES <br> PO BOX  94014 <br> PALATINE, ILLINOIS   60094 | | | | | | | 3613.03 |
| ACCOUNT NO. ████████3655 <br><br> ARROWHEAD HOSPITAL <br> 400 PEPPER AVENUE <br> COLTON, CA   92324 | | | | | | | 10.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 4949.57

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___JOHNSON,ARTHEA,REGINA_____,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████0491<br>SOUTHERN CALIFORNIA EDISON<br>PO BOX 600<br>ROSEMEAD, CA 91771 | | | | | | | 256.63 |
| ACCOUNT NO. ████9936<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX  06140<br>CHICAGO, ILLINOIS   60606 | | | | | | | 24.51 |
| ACCOUNT NO. ████0948<br>THE GAS COMPANY<br>PO BOX C<br>MONTERAY PARK, CA  91756 | | | | | | | 145..16 |
| ACCOUNT NO. ████1243<br>INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB<br>PO BOX 25001<br>SANTA ANA CA 92799 | | | | | | | 400.00 |
| ACCOUNT NO. ████6603<br>CPS-SERCURITY<br>PO BOX  782408<br>SAN ANTONIO, TX   78278 | | | | | | | 798.39 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1624.69

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ JOHNSON,ARTHEA,REGINA _____ ,        Case No. _____
                    **Debtor**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████████8959 <br> ORCHARD BANK <br> PO BOX 60102 <br> CITY OF INDUSTRY ███████6-0112 | | | | | | | 36.00 |
| ACCOUNT NO. ██████0351 <br> FEDEX ATT: MS STACY <br> 3965 AIRWAYS BLVD MODULE G <br> 3RD FLOOR <br> MEMPHIS, TN 38116-5016 | | | | | | | 577.66 |
| ACCOUNT NO. █████████9309 <br> SANTANDER CONSUMER USA <br> PO BOX 961245 <br> FT WORTH TX 76161 | | | | | | | 11559.00 |
| ACCOUNT NO. ██████5023 <br> CREDIT MANAGEMENT <br> 4200 INTERNATIONAL PKWY <br> CARROLLTON, TX  75007 | | | | | | | 573.00 |
| ACCOUNT NO. ████4420 <br> AFNI <br> PO BOX 3097 <br> BLOOMINGTON, ILLINOIS  61702 | | | FOR: VERIZON INC | | | | 820.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 13565.66

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____JOHNSON, ARTHEA, REGINA_____,    Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AMERICAN GENERAL FINANCIAL<br>9635 MILLIKEN AVE, STE 10<br>RANCHO CUCAMONGA, CA 91730 | | | | | | | 1000.00 |
| ACCOUNT NO.<br>CASHCALL, INC<br>1600 S DOUGLASS RD<br>ANAHEIM CA  92806 | | | | | | | 600.00 |
| ACCOUNT NO.<br>CITIFINANCIAL<br>300 SAINT PAUL PL<br>BALTIMORE, MD  21202 | | | | | | | 2000.00 |
| ACCOUNT NO.<br>DIRECT FINANCIAL SOLUTION<br>84 E 2400 N<br>LOGAN, UT  84341 | | | | | | | 500.00 |
| | | | | | Subtotal▶ | | $ 4100.00 |

_____continuation sheets attached

Total▶                        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    JOHNSON, ARTHEA, REGINA             ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     6603<br><br>EQUIFAX<br>PO BOX 740256<br>ATLANTA, GA 30374 | | | | | | | NOTICE |
| ACCOUNT NO.     6603<br><br>EXPERIAN<br>PO BOX 2002<br>ALLEN TX 75013 | | | | | | | NOTICE |
| ACCOUNT NO.     6603<br><br>TRANSUNION LLC<br>PO BOX 34012<br>FULLERTON, CA 92834 | | | | | | | NOTICE |
| ACCOUNT NO.     6603<br><br>ONEMAIN FINANCIAL<br>NTB - 2320<br>6801 COLDWELL BLVD<br>IRVING, TX 75039 | | | | | | | 600.00 |
| ACCOUNT NO.     6603<br><br>PIONEER/MID COUNTRY BANK<br>4904 NORTH RIVER ROAD, STE 400<br>OCEANSIDE, CA 92057 | | | | | | | 600.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 1200.00

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ JOHNSON, ARTHEA, REGINA _____ ,          Case No. _____
                              Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████6603 <br><br> SPRINGFIELD FINANCIAL SERVICE <br> ATT: COMPLAINCE SRVS <br> PO BOX 59 <br> EVANSVILLE, IN  4770-0059 | | | | | | | 600.00 |
| ACCOUNT NO. ████6603 <br><br> CASH CENTRAL <br> 84 EAST 2400 N, <br> LOGAN, UT  84341-2902 | | | | | | | 600.00 |
| ACCOUNT NO. ████6603 <br><br> AFGA <br> 322 NW SIXTH AVENUE <br> PORTLAND, OR 97209 | | | | | | | 600.00 |
| ACCOUNT NO. ████6603 <br><br> LAR <br> 310 CENTURY PKWY <br> ALLEN, TX  75013-8048 | | | | | | | 600.00 |
| ACCOUNT NO. 4196████ <br><br> CREDIT MANAGEMENT <br> PO BOX 1512 <br> GRAND ISLAND, NE  68802 | | | DATE: 02/2010 | | | | 600.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1800.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON, ARTHEA, REGINA_____,        Case No. _____
                        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5416▒▒▒▒▒<br><br>CHASE<br>270 PARK AVENUE<br>NEW YORK, NY 10017 | | | DATE: 05/2011 | | | | 4000.00 |
| ACCOUNT NO. 0400▒▒▒▒▒<br><br>HSBC BANK USA, NA<br>PO BOX 2013<br>BUFFALO, NY 14240 | | | DATE: 07/2011 | | | | 50.00 |
| ACCOUNT NO. 20442▒▒▒▒<br><br>AFNI-BLOOM<br>404 BROCK DR<br>BLOOMINGTON, ILL 61702 | | | DATE: 02/2011 | | | | 900.00 |
| ACCOUNT NO. 20388▒▒▒▒▒<br><br>AFNI-BLOOM<br>404 BROCK DR<br>BLOOMINGTON, ILL 61702 | | | DATE: 11/2009 | | | | 200.00 |
| ACCOUNT NO.▒▒▒▒▒▒5062X▒▒▒<br><br>CERTEGY CHECK SERVICES INC<br>PO BOX 30046<br>TAMPA, FLORDIA 33630-3046 | | | DATE: 01/2008 | | | | 200.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 5350.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    JOHNSON, ARTHEA, REGINA                ,         Case No. _____
                          **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   6126~~~~ <br> CALIFORNIA BUSINESS BUR <br> 1711 SOUTH MOUNTAIN AVENUE <br> MONROVIA, CA  91019-1400 | | | DATE: 08/2012 | | | | 360.00 |
| ACCOUNT NO.   3028~~~~ <br> AFNI <br> 1310 MARTIN LUTHER KING DRIVE <br> PO BOX  3427 <br> BLOOMINGTON, ILL 61702-3427 | | | DATE: 01/2010 | | | | 154.00 |
| ACCOUNT NO.   7711~~~~ <br> FINANCIAL CREDIT NETWORK <br> 4679 8TH STE 200 <br> MURRETTA, CA  92562 | | | DATE: 07/2009 | | | | 105.00 |
| ACCOUNT NO.   29R2~~~~ <br> RJM ACQ LLC <br> 575 UNDERHILL BLVD, STE 224 <br> SYOSSET, NY  11791-3416 | | | DATE: 08/2012 | | | | 101.00 |
| ACCOUNT NO.   1863~~~~ <br> NATIONAL RECOVERY AGENCY <br> 2491 PAXTON STREET <br> HARRISBURG, PA  1711 | | | DATE: 02/2012 | | | | 100.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 820.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ JOHNSON, ARTHEA, REGINA _____ ,    Case No. _____
                    **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. T7109▓▓▓▓▓▓ <br><br> CMRE FINANCE SERVICE, INC. <br> 3075 EAST IMPERIAL HWY, STE. 200 <br> BREA, CA 92821 | | | DATE: 01/2011 | | | | 80.00 |
| ACCOUNT NO. 5079X▓▓▓▓ <br><br> BUREAU COLLECTION RECOVERY <br> 7575 CORPORATE WAY <br> EDEN PRAIRE, MINNESOTA 55344 | | | DATE: 05/2012 | | | | 80.00 |
| ACCOUNT NO. 46630▓▓▓ <br><br> HSBC BANK USA, N.A. <br> 270 PARK AVENUE <br> NEW YORK, NY 10017 | | | DATE: 07/2011 | | | | 50.00 |
| ACCOUNT NO. 5416▓▓▓▓▓▓ <br><br> CHASE <br> 270 PARK AVENUE <br> NEW YORK, NY 10017 | | | DATE: 03/2008 | | | | 4000.00 |
| ACCOUNT NO. 4196X▓▓▓ <br><br> CREDIT MANAGEMENT LP <br> 4200 INTERNATIONAL PKWY <br> CARROLLTON, TX 75007-1912 | | | DATE: 02/2010 | | | | 573.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 4783.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07)**

In re _____JOHNSON, ARTHEA, REGINA_____,        Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████████0491 <br><br> SOUTHERN CALIFORNIA EDISON PO BOX 600 ROSEMEAD, CA 91771 | | | ELECTRICITY <br> 4/2012; 5/2012; 6/2012 | | | | 450.00 |
| ACCOUNT NO. ████████0001 <br><br> CALIFORNIA BUSINESS PO BOX 5010 MONROVIA, CA 91017 | | | (SEE SAN ANTONIO HOSPITAL CLAIM LISTED BELOW) | | | | notice only |
| ACCOUNT NO. ████████2261 <br><br> SAN ANTONIO HOSPITAL | | | HOSPITAL (UNINSURED EMERGENCY MEDICAL TREATMENT) | | | | 370.40 |
| ACCOUNT NO. ████████6603 <br><br> EMPLOYMENT DEVELOPMENT DEPT PPO BOX 826880 SACRAMENTO, CA 94280 | | | | | | | 3786.51 |

_____continuation sheets attached

Subtotal▶  $ 4606.91

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___JOHNSON,ARTHEA,REGINA___,      Case No. _____
               **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▇▇▇▇5674<br><br>US BANK CORPORATION<br>PO BOX 5220<br>CINCINNATI, OH 45201 | | | RTN: 121122676; SSN/ID: 353606603<br>DATE: 3/16/2010 | | | | 511.21 |
| ACCOUNT NO. X▇▇▇0867<br><br>BANK OF AMERICA CALIFORNIA<br>PO BOX 1540<br>RANCHO CORDOVA, CA 95741 | | | RTN: 122000661; SSN/ID: 353606603<br>DATE: 05/09/2008 | | | | 1480.83 |
| ACCOUNT NO. ▇▇▇0354<br><br>CHAFFEY FEDERAL CREDIT UNION<br>1024 WEST FOOTHILL BLVD<br>UPLAND, CA 91786 | | | RTN: 322280375; SSN/ID: 353606603<br>DATE: 03/11/2008 | | | | 257.89 |
| ACCOUNT NO. ▇▇▇▇2845<br><br>BANK OF AMERICA CALIFORNIA<br>PO BOX 1540<br>RANCHO CORDOVA, CA 95741 | | | RTN: 122000661; SSN/ID: 353606603<br>DATE CLOSED: 5/18/2012 | | | | 1007.26 |
| ACCOUNT NO. ▇▇▇▇7668<br><br>WELLS FARGO BANK, N.A.<br>303 2ND STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94107 | | | RTN: 121042882; SSN/ID: 353606603<br>DATE: 5/04/2010 | | | | 565.00 |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 3822.19

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON,ARTHEA,REGINA_____,          Case No. _____
                        **Debtor**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　▬▬▬6603<br>WILSHIRE STATE BANK<br>8045 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730 | | | | | | | 1000.00 |
| ACCOUNT NO.　▬▬▬6603<br>UNION BANK, NA<br>PO BOX 2306<br>BREA, CA 92822 | | | | | | | 1000.00 |
| ACCOUNT NO.　▬▬▬6603<br>JP MORGAN CHASE<br>8108 MILLIKEN AVENUE<br>RANCHO CUCAMONGA, CA 91730 | | | | | | | 400.00 |
| ACCOUNT NO.　▬▬▬6603<br>WELLS FARGO BANK, N.A.<br>2200 JOHN GLENN<br>CONCORD, CA 94520 | | | | | | | 1000.00 |
| ACCOUNT NO.　▬▬▬6603<br>US BANK<br>8850 FOOTHILL BLVD<br>RANCHO CUCAMONGA, CA 91730 | | | | | | | 2000.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 5400.00

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    JOHNSON,ARTHEA,REGINA        ,          Case No. _____
                    **Debtor**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      6311 <br><br> WESTERN DENTAL <br> PO BOX 14228 <br> ORANGE, CA   92863 | | | | | | | 378.88 |
| ACCOUNT NO.      8539 <br><br> COUNTY OF SAN BERNARDINO <br> 157 WEST FIFTH STREET, 3RD FLOOR <br> SAN BERNARDINO, CA  92415 | | | | | | | 33.00 |
| ACCOUNT NO.      5284 <br><br> ENTERPRISE RENT-A-CAR <br> PO BOX 842442 <br> DALLAS, TX   75284 | | | | | | | 914.66 |
| ACCOUNT NO.      7915 <br><br> CHASE CARDHOLDER SERVICES <br> PO BOX  94014 <br> PALATINE, ILLINOIS   60094 | | | | | | | 3613.03 |
| ACCOUNT NO.      3655 <br><br> ARROWHEAD HOSPITAL <br> 400 PEPPER AVENUE <br> COLTON, CA   92324 | | | | | | | 10.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 4949.57

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON,ARTHEA,REGINA_____,    Case No. _____
              **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ████0491 <br><br>SOUTHERN CALIFORNIA EDISON<br>PO BOX 600<br>ROSEMEAD, CA 91771 | | | | | | | 256.63 |
| ACCOUNT NO.   ████9936 <br><br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON, LLP<br>PO BOX  06140<br>CHICAGO, ILLINOIS   60606 | | | | | | | 24.51 |
| ACCOUNT NO.   ████0948 <br><br>THE GAS COMPANY<br>PO BOX C<br>MONTERAY PARK, CA  91756 | | | | | | | 145..16 |
| ACCOUNT NO.   ████1243 <br><br>INTERINSURANCE EXCHANGE OF<br>THE AUTOMOBILE CLUB<br>PO BOX 25001<br>SANTA ANA CA 92799 | | | | | | | 400.00 |
| ACCOUNT NO.   ████6603 <br><br>CPS-SERCURITY<br>PO BOX  782408<br>SAN ANTONIO, TX   78278 | | | | | | | 798.39 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ 1624.69

Total▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ JOHNSON,ARTHEA,REGINA _____ ,    Case No. _____
              **Debtor**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4660█████8959<br>ORCHARD BANK<br>PO BOX 60102<br>CITY OF INDUSTRY CA  91716-0112 | | | | | | | 36.00 |
| ACCOUNT NO. ███████0351<br>FEDEX ATT: MS STACY<br>3965 AIRWAYS BLVD MODULE G<br>3RD FLOOR<br>MEMPHIS, TN 38116-5016 | | | | | | | 577.66 |
| ACCOUNT NO. ████████9309<br>SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH TX 76161 | | | | | | | 11559.00 |
| ACCOUNT NO. ███████5023<br>CREDIT MANAGEMENT<br>4200 INTERNATIONAL PKWY<br>CARROLLTON, TX  75007 | | | | | | | 573.00 |
| ACCOUNT NO. ████4420<br>AFNI<br>PO BOX 3097<br>BLOOMINGTON, ILLINOIS  61702 | | | FOR: VERIZON INC | | | | 820.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 13565.66

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____JOHNSON, ARTHEA, REGINA_____,                    Case No. _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▓▓▓▓0491  <br> SOUTHERN CALIFORNIA EDISON PO BOX 600 ROSEMEAD, CA  91771 | | | ELECTRICITY <br> 4/2012; 5/2012; 6/2012 | | | | 450.00 |
| ACCOUNT NO. ▓▓▓▓▓▓0001  <br> CALIFORNIA BUSINESS PO BOX 5010 MONROVIA, CA 91017 | | | (SEE SAN ANTONIO HOSPITAL CLAIM LISTED BELOW) | | | | notice only |
| ACCOUNT NO. ▓▓▓▓2261  <br> SAN ANTONIO HOSPITAL | | | HOSPITAL (UNINSURED EMERGENCY MEDICAL TREATMENT) | | | | 370.40 |
| ACCOUNT NO. ▓▓▓▓6603  <br> EMPLOYMENT DEVELOPMENT DEPT PPO BOX 826880 SACRAMENTO, CA 94280 | | | | | | | 3786.51 |

                                                                Subtotal▶ | $ 4606.91

_____continuation sheets attached

                                              Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    JOHNSON,ARTHEA,REGINA              ,              Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~XXXX~~5674 <br><br> US BANK CORPORATION <br> PO BOX 5220 <br> CINCINNATI, OH 45201 | | | RTN: 121122676; SSN/ID: 353606603 <br><br> DATE: 3/16/2010 | | | | 511.21 |
| ACCOUNT NO. ~~XX~~0867 <br><br> BANK OF AMERICA CALIFORNIA <br> PO BOX 1540 <br> RANCHO CORDOVA, CA 95741 | | | RTN: 122000661; SSN/ID: 353606603 <br><br> DATE: 05/09/2008 | | | | 1480.83 |
| ACCOUNT NO. ~~XX~~0354 <br><br> CHAFFEY FEDERAL CREDIT UNION <br> 1024 WEST FOOTHILL BLVD <br> UPLAND, CA 91786 | | | RTN: 322280375; SSN/ID: 353606603 <br><br> DATE: 03/11/2008 | | | | 257.89 |
| ACCOUNT NO. ~~XXXX~~2845 <br><br> BANK OF AMERICA CALIFORNIA <br> PO BOX 1540 <br> RANCHO CORDOVA, CA 95741 | | | RTN: 122000661; SSN/ID: 353606603 <br><br> DATE CLOSED: 5/18/2012 | | | | 1007.26 |
| ACCOUNT NO. ~~XXXX~~7668 <br><br> WELLS FARGO BANK, N.A. <br> 303 2ND STREET, 4TH FLOOR <br> SAN FRANCISCO, CA 94107 | | | RTN: 121042882; SSN/ID: 353606603 <br><br> DATE: 5/04/2010 | | | | 565.00 |

Sheet no.____of____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 3822.19

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON,ARTHEA,REGINA_____,    Case No. _____
                        **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████6603 <br><br> WILSHIRE STATE BANK <br> 8045 ARCHIBALD AVENUE <br> RANCHO CUCAMONGA, CA 91730 | | | | | | | 1000.00 |
| ACCOUNT NO. ████6603 <br><br> UNION BANK, NA <br> PO BOX 2306 <br> BREA, CA 92822 | | | | | | | 1000.00 |
| ACCOUNT NO. ████6603 <br><br> JP MORGAN CHASE <br> 8108 MILLIKEN AVENUE <br> RANCHO CUCAMONGA, CA 91730 | | | | | | | 1000.00 |
| ACCOUNT NO. ████6603 <br><br> WELLS FARGO BANK, N.A. <br> 2200 JOHN GLENN <br> CONCORD, CA 94520 | | | | | | | 1500.00 |
| ACCOUNT NO. ████6603 <br><br> US BANK <br> 8850 FOOTHILL BLVD <br> RANCHO CUCAMONGA, CA 91730 | | | | | | | 2000.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 6500.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re     JOHNSON,ARTHEA,REGINA          ,                    Case No. _____
                    **Debtor**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    6603 <br> MICROBILT <br> 1640 AIRPORT RD, STE 115 <br> KENNESAW, GA 30144 | | | SEE BELOW: ON BE HALF OF: <br> AMERICAN CONSUMER CREDIT LLC <br> DATE: 08/02/2012 | | | | 1000.00 |
| ACCOUNT NO.    6603 <br> AMERICAN CONSUMER CREDIT LLC <br> 1640 AIRPORT RD, STE 115 <br> KENNESAW, GA  30144 | | | DATE: 08/02/2012 | | | | 1000.00 |
| ACCOUNT NO.    6603 <br> DATAX LTD <br> 325 E WARM SPRINGS ROAD <br> LAS VEGAS, NV  89119 | | | SEE BELOW: ON BE HALF: <br> BLUE KING, INC <br> DATE: 07/12/2012 | | | | 1300.00 |
| ACCOUNT NO.    6603 <br> BLUE KING, INC <br> 46575 ROAD 417 <br> COARSEGOLD, CA  93614 | | | DATE: 07/12/2012 | | | | 600.00 |
| ACCOUNT NO.    6603 <br> MICROBILT <br> 1640 AIRPORT RD, STE 115 <br> KENNESAW, GA  30144 | | | SEE CONTINUATION PAGE: ON BE HALF: <br> LENDERS INTERNATIONAL LIMITED <br> 07/23/2012 | | | | 500.00 |

Sheet no.____of____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3400.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   JOHNSON,ARTHEA,REGINA           ,          Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        6603 <br><br> LENDERS INTERNATIONAL LIMITED <br> 1640 AIRPORT RD, STE 115 <br> KENNESAW, GA 30144 | | | DATE: 07/23/2012 | | | | 1000.00 |
| ACCOUNT NO.        6603 <br><br> ALLY BANK <br> PO BOX 951 <br> HORSHAM, PA  19044 | | | DATE: 08/15/2012 | | | | 0.00 |
| ACCOUNT NO.        6603 <br><br> MICROBILT <br> 1640 AIRPORT RD, STE 105 <br> KENNESAW, GA 30144 | | | SEE BELOW: ON BE HALF OF: <br><br> NORTHWAY BROKER LTD <br><br> DATE: 05/13/2012 | | | | 500.00 |
| ACCOUNT NO.        6603 <br><br> NORTHWAY BROKER LTD <br> 1640 AIRPORT RD, STE 115 <br> KENNESAW, GA 30144 | | | DATE: 5/13/2012 | | | | 600.00 |
| ACCOUNT NO.   2741        <br><br> COLLECTION DIVISION/SAN BERNARDINO COUNTY <br> 157 WEST 5TH ST FL 2 <br> SAN BERNARDINO, CA 92415 | | | DATE: 08/2008 | | | | 100.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2200.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re _____JOHNSON, ARTHEA, REGINA_____,    Case No. _____
                        Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▨▨▨0491 <br><br> SOUTHERN CALIFORNIA EDISON PO BOX 600 ROSEMEAD, CA 91771 | | | ELECTRICITY 4/2012; 5/2012; 6/2012 | | | | 450.00 |
| ACCOUNT NO. ▨▨▨0001 <br><br> CALIFORNIA BUSINESS PO BOX 5010 MONROVIA, CA 91017 | | | (SEE SAN ANTONIO HOSPITAL CLAIM LISTED BELOW) | | | | notice only |
| ACCOUNT NO. ▨▨▨2261 <br><br> SAN ANTONIO HOSPITAL | | | HOSPITAL (UNINSURED EMERGENCY MEDICAL TREATMENT) | | | | 370.40 |
| ACCOUNT NO. ▨▨▨6603 <br><br> EMPLOYMENT DEVELOPMENT DEPT PPO BOX 826880 SACRAMENTO, CA 94280 | | | | | | | 3786.51 |

X continuation sheets attached

Subtotal▶ $ 4606.91

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____JOHNSON,ARTHEA,REGINA_____,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████████X5674 <br><br> US BANK CORPORATION <br> PO BOX 5220 <br> CINCINNATI, OH 45201 | | | RTN: 121122676; SSN/ID: 353606603 <br><br> DATE: 3/16/2010 | | | | 511.21 |
| ACCOUNT NO. ███████0867 <br><br> BANK OF AMERICA CALIFORNIA <br> PO BOX 1540 <br> RANCHO CORDOVA, CA 95741 | | | RTN: 122000661; SSN/ID: 353606603 <br><br> DATE: 05/09/2008 | | | | 1480.83 |
| ACCOUNT NO. ██████0354 <br><br> CHAFFEY FEDERAL CREDIT UNION <br> 1024 WEST FOOTHILL BLVD <br> UPLAND, CA 91786 | | | RTN: 322280375; SSN/ID: 353606603 <br><br> DATE: 03/11/2008 | | | | 257.89 |
| ACCOUNT NO. ██████2845 <br><br> BANK OF AMERICA CALIFORNIA <br> PO BOX 1540 <br> RANCHO CORDOVA, CA 95741 | | | RTN: 122000661; SSN/ID: 353606603 <br><br> DATE CLOSED: 5/18/2012 | | | | 1007.26 |
| ACCOUNT NO. ███████7668 <br><br> WELLS FARGO BANK, N.A. <br> 303 2ND STREET, 4TH FLOOR <br> SAN FRANCISCO, CA 94107 | | | RTN: 121042882; SSN/ID: 353606603 <br><br> DATE: 5/04/2010 | | | | 565.00 |

Sheet no. _2_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 3822.19

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    JOHNSON,ARTHEA,REGINA                    ,                     Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3000▆▆▆▆▆▆▆▆<br>SANTANDER CONSUMER USA<br>8585 N STEMMONS FWY STE<br>DALLAS, TX 75247 | | | DATE OPEN 12/2002 | | | | 5325.00 |
| ACCOUNT NO. ▆▆▆▆<br>RANDYS AUTO SALES<br>10993 S CENTRAL AVE<br>ONTARIO, CA 91762 | | | DATE: 06/2003 | | | | 2511.00 |
| ACCOUNT NO. 8441▆▆▆<br>AFNI, INC<br>PO BOX 3427<br>BLOOMINGTON, IL 61702 | | | DATE: 06/2012 | | | | 900.00 |
| ACCOUNT NO. 844▆▆<br>BAY AREA CREDIT SERVICE<br>1901 W 10TH ST<br>ANTIOCH, CA 94509 | | | DATE: 08/2010; 08/2007 | | | | 2000.00 |
| ACCOUNT NO. 4186▆▆<br>CALIFORNIA BUSINESS BU<br>1711 S MOUNTAIN AVE<br>MONOVIA CA 91016 | | | DATE: 06/2012 | | | | 4000.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 14736.00

Total➤ $ ~~403,531.34~~ A5
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

~~170,960.34~~ A5

Total: 185,878.28

B6G (Official Form 6G) (12/07)

In re _____JOHNSON,ARTHEA,REGINA_____ ,          Case No._____
               **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B6H (Official Form 6H) (12/07)

In re _____JOHNSON,ARTHEA,REGINA_____ ,                    Case No. _____
                    **Debtor**                                                              (if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re _____ ,        Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 1200.00 500.00 | $_____ |
| 2. Estimate monthly overtime | $ 200.00 | $_____ |
| 3. SUBTOTAL | $ 1400.00 | $_____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 113.12 $ 99.84 | $_____ |
| b. Insurance | $ 17.86 | $_____ |
| c. Union dues | $_____ | $_____ |
| d. Other (Specify): Medicare Tax | $ 12.3 30.17 | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | 161.15 $ 130.98 | $_____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1238.85 | $_____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $_____ | $_____ |
| 8. Income from real property | $_____ | $_____ |
| 9. Interest and dividends | $_____ | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $_____ | $_____ |
| 11. Social security or government assistance (Specify):_____ | $_____ | $_____ |
| 12. Pension or retirement income | $_____ | $_____ |
| 13. Other monthly income (Specify):_____ | $_____ | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $_____ | $_____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $_____ | $_____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1238.85 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _Johnson, Arthea, Regina_____      Case No. _____
              **Debtor**                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 500.00 |
|    a. Are real estate taxes included? | Yes _____ No _____ | |
|    b. Is property insurance included? | Yes _____ No _____ | |
| 2. Utilities: a. Electricity and heating fuel | | $ _____ |
|    b. Water and sewer | | $ 50.00 |
|    c. Telephone | | $ _____ |
|    d. Other _____ | | $ 200.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 175.00 |
| 4. Food | | $ 100.00 |
| 5. Clothing | | $ 300.00 |
| 6. Laundry and dry cleaning | | $ 200.00 |
| 7. Medical and dental expenses | | $ _____ |
| 8. Transportation (not including car payments) | | $ _____ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ _____ |
| 10. Charitable contributions | | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | | $ _____ |
|    b. Life | | $ _____ |
|    c. Health | | $ _____ |
|    d. Auto | | $ _____ |
|    e. Other _____ | | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ _____ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | | $ _____ |
|    b. Other _____ | | $ _____ |
|    c. Other _____ | | $ _____ |
| 14. Alimony, maintenance, and support paid to others | | $ _____ |
| 15. Payments for support of additional dependents not living at your home | | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ |
| 17. Other | | $ _____ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 1525.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from Line 15 of Schedule I        $ 1238.85
   b. Average monthly expenses from Line 18 above        $ 1525.00
   c. Monthly net income (a. minus b.)               $ -286.15

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re    JOHNSON,ARTHEA,REGINA    ,                                    Case No. _____
                        Debtor                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  2/20/13                                    Signature: _____
                                                                                                    Debtor

Date _____            Signature: _____
                                                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                                      (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____            Signature: _____

                                                                            _____
                                                                            [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (12/12)

# UNITED STATES BANKRUPTCY COURT

In re: Johnson, Arthea Regina                    Case No. _____
                    Debtor                                                (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1.    Income from employment or operation of business**



None

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

2011-8,500.00                          Office team, Sedexo, Inc
2012-5,500.00                          Compass Group
2013-  ,000.00

B 7 (12/12)                                                                                           2

**2.    Income other than from employment or operation of business**



None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the
        debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a
        joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13
        must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
        petition is not filed.)

2012 child
support                AMOUNT                                    SOURCE
800.00       200.00 (Food stamp)                    Link
2011 child   400.00 child support              child support
Support
4,800

**3.    Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None    a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of
        goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
        this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
        Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
        as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
        agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
        whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
        within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
        constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk
        (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative
        repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors
        filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
        not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

---

*    *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or
after the date of adjustment.*

None 

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None 

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None 

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None 

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

4

### 6. Assignments and receiverships

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None 

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

### 7. Gifts

None 

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None 

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9.  Payments related to debt counseling or bankruptcy



List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.



| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10.  Other transfers



a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts



List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**


None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 10244 Arrow Rte Apt 121 Rancho Cucamonga Ca 91730 | Arthen Johnson | 1999 - 2012 |

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None 

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None 

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None 

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19.  Books, records and financial statements

None
    a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None
    b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                          DATE ISSUED

---

**20.  Inventories**

None  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF  INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

---

**21 .  Current Partners, Officers, Directors and Shareholders**

None  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| NAME AND ADDRESS | TITLE |  |

---

**22 . Former partners, officers, directors and shareholders**

None 

    a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

        NAME                        ADDRESS            DATE OF WITHDRAWAL

None 

    b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

        NAME AND ADDRESS          TITLE            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None 

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None 

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

    NAME OF PARENT CORPORATION      TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None 

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

    NAME OF PENSION FUND        TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   2/20/2013      Signature of Debtor

                                                      Signature of
Joint Debtor
Date                                     (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date                                 Signature

                                       Print Name and
Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer                Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*